UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARIA SALVADOR HERNANDEZ,       )   No. CV 13-07755-VBK
                                )
              Plaintiff,        )   JUDGMENT
                                )
     v.                         )
                                )
CAROLYN W. COLVIN, Acting       )
Commissioner of Social          )
Security,                       )
                                )
              Defendant.        )
_____)

     **IT IS HEREBY ORDERED** that the decision of the Commissioner is
reversed, and the matter is remanded for a new hearing consistent with
the Memorandum Opinion.

DATED:  July 29, 2014          _____/s/_____
                               VICTOR B. KENTON
                               UNITED STATES MAGISTRATE JUDGE